**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Texas Department of Public Safety v. Adrian  Lamar  Cuellar

Appellate case number:   01-22-00085-CV

Trial court case number: 2021-120

Trial court:             County Court at Law of Washington County

On February 14, 2022, Steve Dennis, attorney of record for Adrian Lamar Cuellar, filed a motion to withdraw as appellant's counsel. The motion does not comply with Texas Rules of Appellate Procedure 6.3, 6.5, 9.5 and 10.1.  Accordingly, the motion is **denied** without prejudice to refiling.  *See* TEX. R. APP. P. 6.3(a); 6.5(a), (b); 9.5(a); and 10.1(a)(5).

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                        Acting individually

Date: March 1, 2022